**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEHYA MCINTOSH, ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> INPHI CORPORATION, DIOSDADO ) <br> BANATAO, NICHOLAS BRATHWAITE, ) <br> CHENMING HU, DAVID LIDDLE, BRUCE ) <br> MCWILLIAMS, ELISSA MURPHY, ) <br> WILLIAM J. RUEHLE, SAM ) <br> SRINIVASAN, FORD TAMER, MARVELL ) <br> TECHNOLOGY GROUP LTD., MAUI ) <br> HOLDCO, INC., MAUI ACQUISITION ) <br> COMPANY LTD., and INDIGO ) <br> ACQUISITION CORP., ) <br> ) <br>       Defendants. ) | Case No. 1:20-cv-11090-ALC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 16, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Timothy J. MacFall*
    Seth D. Rigrodsky
    Timothy J. MacFall
    Gina M. Serra
    Vincent A. Licata
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    Telephone: (516) 683-3516
    Email: sdr@rl-legal.com
    Email: tjm@rl-legal.com
    Email: gms@rl-legal.com
    Email: vl@rl-legal.com

*Attorneys for Plaintiff*